

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    v.                          )   2:10-CR-236-GMN-(PAL)
                                )
CANDIS J. GARDLEY,              )
                                )
            Defendant.          )

## ORDER OF FORFEITURE

On September 16, 2013, defendant CANDIS J. GARDLEY pled guilty to a Four-Count Second Superseding Indictment charging her in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; in Count Two with Bank Fraud in violation of Title 18, United States Code, Section 1344; and in Counts Three and Four with Mail Fraud in violations of Title 18, United States Code, Section 1341; and agreed to the forfeiture of an in personam criminal forfeiture money judgment of $6,133,850.00 in United States Currency set forth in the Forfeiture Allegations in the Second Superseding Indictment. Second Superseding Indictment, ECF No. 114; Change of Plea Minutes, ECF No. ___.

This Court finds that CANDIS J. GARDLEY shall pay a criminal forfeiture money judgment of $6,133,850.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States

Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CANDIS J. GARDLEY a criminal forfeiture money judgment in the amount of $6,133,850.00 in United States Currency.

DATED this 16th of September, 2013.

_____
UNITED STATES DISTRICT JUDGE