FILED
ENTERED
COUNSEL/PARTIES OF RECORD
RECEIVED
SERVED ON

JAN 2 3 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:
DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-236-GMN-(PAL) |
| CANDIS J. GARDLEY, | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

This Court found on September 17, 2013, that CANDIS J. GARDLEY shall pay the criminal forfeiture money judgment of $6,133,850.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Second Superseding Indictment, ECF No. 114; Change of Plea Minutes, ECF No. 333; Order of Forfeiture, ECF No. 329.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CANDIS J. GARDLEY the criminal forfeiture money judgment in the amount of $6,133,850.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,

2  United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

3  DATED this ___ day of January, 2014.

4

5

6  _____

7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2